

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**'08 CV 0376 W CAB**

**FILED**

FEB 27 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

February 25, 2008

Clerk, United States District Court
Southern District of California
880 Front Street, Suite 4290
San Diego, CA 92101

Re:  Transfer of our Civil Case No.  LACV08-00944 JVS (FMO)

Case Title:  Genaro Sanguino v. Hidalgo

Dear Sir/Madam:

An order having been made transferring the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with certified copies of the order and the docket.  Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office.  Thank you for your cooperation.

NOTE:  ELECTRONIC CASE FILING SYSTEM,  CM/ECF.  PLEASE BE ADVISED YOU MAY ACCESS THIS DATABASE.
OUR WEB SITE IS: http://ecf.cacd.uscourts.gov
PLEASE USE YOUR COURT'S PACER ACCOUNT
AND PASSWORD TO ACCESS THIS DOCUMENT.

Very truly yours,
SHERRI R. CARTER
Clerk, U.S. District Court

By _Marlene Ramirez_
     Deputy Clerk

2254   1983
FILING FEE PAID
Yes _____  No _____
IFP MOTION FILED
Yes _____  No _____
COPIES SENT TO
Court _____  ProSe _____

cc:  All counsel of record

=================================================================================

**TO BE COMPLETED BY RECEIVING DISTRICT**

Receipt is acknowledged of the documents described herein and we have assigned this matter case number CV: _____.

Clerk, U.S. District Court

By _____
     Deputy Clerk

CV-22 (01/01)              TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT

JS-6



FILED
CLERK, U.S. DISTRICT COURT

FEB 2 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

GENARO SANGUINO,

               Petitioner,

      v.

HIDALGO,

               Respondent.

)
)
)
)
)
)
)
)
)
)

NO. CV 08-0944 JVS (FMO)

**ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

Petitioner, who is proceeding pro se, is presently confined at Shafter Community Correctional Facility, which is located in Kern County within the jurisdictional boundaries of the Eastern District of California. See 28 U.S.C. § 84(b). On February 12, 2008, petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") pursuant to 28 U.S.C. § 2254. The Petition challenges a conviction and sentence entered against him in the San Diego County Superior Court, (see Petition at 2); see also http://appellatecases.courtinfo.ca.gov/, which is located within the jurisdictional boundaries of the Southern District of California. See 28 U.S.C. § 84(d).

A Petition for Writ of Habeas Corpus may be filed in the United States District Court of either the judicial district in which the petitioner is presently confined or the judicial district in which he was convicted and sentenced. See 28 U.S.C. § 2241(d). In addition, when a habeas petitioner is challenging his underlying conviction or sentence, the district court for the district in

1  which the petitioner was convicted and sentenced is a more convenient forum because of the

2  accessibility of evidence, records and witnesses. <u>See</u> Bell v. Watkins, 692 F.2d 999, 1013 (5th

3  Cir. 1982, <u>as amended</u> Feb. 28, 1983), <u>cert. denied</u>, 464 U.S. 843, 104 S.Ct. 142 (1983) (district

4  court properly transferred habeas petition to district of conviction because, among other things,

5  district of conviction "was the more convenient forum because of the accessibility of evidence");

6  <u>see also</u> Patterson v. Mendoza-Powers, 2007 WL 1411550, at *1 (N.D. Cal. 2007) (A "petition

7  challenging a conviction or the sentence imposed is preferably heard in the district of conviction.").

8      Here, petitioner is incarcerated in the Eastern District of California and was convicted in the

9  Southern District of California. Thus, this matter could be heard in either the Eastern or the

10  Southern District. <u>See</u> 28 U.S.C. § 2241(d); <u>Solorio v. Evans</u>, 2007 WL 121322, at *1 (N.D. Cal

11  2007) ("venue is . . . proper in either the district of confinement or the district of conviction"). The

12  Southern District is a more appropriate venue, however, because petitioner was convicted and

13  sentenced in the Southern District. <u>See</u> <u>Patterson</u>, 2007 WL 1411550, at *1. Accordingly, in the

14  interests of justice, the Court shall transfer the above-captioned action to the Southern District of

15  California. <u>See</u> 28 U.S.C. § 1406(a).

16      Based on the foregoing, IT IS ORDERED THAT:

17      1. This action shall be transferred to the United States District Court for the Southern

18  District of California. <u>See</u> 28 U.S.C. §§ 1406(a) & 2241(d).

19      2. The Clerk shall serve a copy of this Order upon petitioner and the California Attorney

20  General.

21  DATED: _____2. 2/_____, 2008.

22

23                              JAMES V. SELNA
                            UNITED STATES DISTRICT JUDGE

24

25  I hereby attest and certify on 2-25-08
    that the foregoing document is a full, true
26  and correct copy of the original on file in
    my office, and in my legal custody.

27  CLERK U.S. DISTRICT COURT
    CENTRAL DISTRICT OF CALIFORNIA

28  DEPUTY CLERK



1129

2

194, CLOSED, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:08-cv-00944-JVS-FMO

Genaro Sanguino v. Hidalgo
Assigned to: Judge James V. Selna
Referred to: Magistrate Judge Fernando M. Olguin
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 02/12/2008
Date Terminated: 02/21/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Genaro Sanguino**

represented by **Genaro Sanguino**
CDC F-82737
1150 E Ash Street
Shafter, CA 92363
PRO SE

V.

**Respondent**

**Hidalgo**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2008 | 1 | PETITION for Writ of Habeas Corpus by a Person In State Custody (28:2254) Case assigned to Judge James V. Selna and referred to Magistrate Judge Fernando M. Olguin. (Filing fee $ 5 PAID.), filed by Petitioner Genaro Sanguino. (et) Additional attachment(s) added on 2/19/2008 (et, ). (Entered: 02/19/2008) |
| 02/12/2008 | 2 | NOTICE OF REFERENCE TO A U.S. MAGISTRATE JUDGE. Pursuant to the provisions of the Local Rules, the within action has been assigned to the calendar of Judge James V. Selna and referred to Magistrate Judge Fernando M. Olguin to consider preliminary matters and conduct all further matters as appropriate. The Court must be notified within 15 days of any change of address. (et) (Entered: 02/19/2008) |
| 02/21/2008 | 3 | ORDER by Judge James V. Selna transferring case to United States District Court for the Southern District of California. Certified copy of the transfer order and docket sheet sent. (MD JS-6. Case Terminated.) (Attachments: # 1 Transmittal Letter) (mr) (Entered: 02/25/2008) |
| 02/25/2008 | | TRANSMITTAL of documents - certified copy of the order and the docket sheet to USDC Southern District of California. (mr) (Entered: |

Case 3:08-cv-00376-W-CAB    Document 1    Filed 02/27/2008    Page 5 of 49

02/25/2008)

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/25/2008 16:49:46 | | |
| **PACER Login:** | us3877 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** | 2:08-cv-00944-JVS-FMO |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

I hereby attest and certify on 2-25-08
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

1129

(7.)

Name: GENARO SABELINO

Prison Identification/Booking No. E-22717

Address or Place of Confinement
Calipatria State Prison 4250 East Ash
State Calipatria CA 92233

Note: It is your responsibility to notify the court in writing of any change of address. If represented by an attorney, provide his name, address, telephone and facsimile numbers and e-mail address.

FILED

2008 FEB 12  AM 9:4?

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ___

(530) Fee Paid

UNITED STATES

CENTRAL DISTRICT

Full Name (Include name under which you were convicted)
Petitioner

~~SABELINO~~

Name of Warden, Superintendent, Jailor or Authorized
Person Having Custody of Petitioner

~~Respondent~~

DISTRICT COURT

OF CALIFORNIA

CASE NUMBER:

CV 08 - 944 JVS (FMO)
To be supplied by the Clerk of the United States District Court

☐ AMENDED

PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254
Place/County of Conviction

PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(list by case number)
EV____

INSTRUCTIONS - PLEASE READ CAREFULLY

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are taking for relief from the conviction and/or the sentence. This form is your petition for relief.

2. In this petition, you may challenge the judgment entered by any one California state court. If you make a fake statement of entered by a different California state court, you must file a separate petition. Challenge the judgment.

3. Make sure the form is filled or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal and factual basis in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you submit a legal brief or arguments, you may attach a separate memorandum.

5. You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

6. You must pay ____ fee of ____ if the fee is paid. Your petition will be filed. If you cannot afford the fee, you may ask to proceed in forma pauperis (as a poor person). To do that you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

7. When you have completed the form, send the original and two copies to the following address:
Clerk of the United States District Court for the Central District of California
United States Courthouse
ATTN: Intake / Docket Section
312 North Spring Strt.
Los Angeles, Calif. 90012

LODGED
CLERK, U.S. DISTRICT COURT

FEB 11 ▮▮▮▮

CENTRAL DISTRICT OF CALIFORNIA
BY ___ CV-69 (04/05) DEPUTY

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C. § 2254)

Page 1 of 10

```
2/13/2008 2:14:18 PM  Receipt #: 104343
         Cashier : ABELLANY [LA 1-1]
Paid by: CITY OF SHAFTER
2:CV08-00944
2008-006900              Writ Habeas Corpus(1)
Amount :                              $5.00

Check Payment : 84926 /          5.00

Total Payment :                  5.00
```

006938

THIS PETITION CONCERNS:

(3) COPY

1. ☐ ~~a conviction and/or sentence.~~
2. ☐ Prison Discipline.
3. ☐ a Parole Problem.
4. ☐ Other

## PETITION

1. Venue
   a. Place of detention _____ ~~County Chartet~~
   b. Place of conviction and sentence _____ ~~Sentence~~

2. Conviction on which the Petition is based (a separate Petition must be filed for each conviction being attacked).
   a. Nature of offenses involved (include all counts): _____
   _____ ~~Property — Assault~~
   _____

   b. Penal or other code section or sections: _____

   c. Case number: _____
   d. Date of conviction: ___ 3/ 25/ 2005 ___ ~~~~
   e. Date of sentence: _____
   f. Length of sentence on each count: _____

   g. Plea (check one):
      ☐ Not Guilty
      ~~Guilty~~
      ☐ Nolo Contendere
   h. Kind of trial (check one):
      ☐ Jury
      ☐ Judge only

3. Did you appeal to the California Court of Appeal _____
   YES ☐ NO ☐

   If so, give the following information for your appeal (and attach a copy of the court's decision if available):
   a. Case number: _____
   b. Grounds raised (list each): _____
   (1) _____

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C. § 2254)

(3)
(4) _____
(5) _____
(6) _____

(-3)COPY!

C. Date of Decision: _____ ~~14/EDITEDB7~~

d. Result ~~for state matter of appeal~~ _____

4. If you did appeal did you also file a Petition for Review with the California Supreme of the Court of Appeal
~~decision/~~ ☐ Yes ☐ No

If so, give the following information (and attach copies of the Petition for Review and the Supreme court ruling if available):

a. Case number: _____

b. Grounds ~~present~~ (list each): 50 percent Diversion Progress Subdivision (n)
(1) re business ARB & CDPR. (California Hotel & Motel Assn. Supra 25 Cal. 3d at P. 212.
(2) Lower ~~Court~~ Mins? Stating months him before he was going to get his
(3) Sentence ~~reduced~~ to "50 percent?"
(4) _____
(5) _____
(6) _____

C. Date of decision _____

d. Result _____

5. If you did not appeal:
a. State your reasons ~~Same as above~~ _____

_____
_____
_____

b. Did you ~~seek permission~~ to file a late appeal ☐ Yes ☐ No

6. Have you previously filed any habeas petitions in any state court with regard to this judgment of conviction?
☐ ~~Yes~~ ☐ No

If so, give the following information for each such petition (use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available):

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C. §2254)

CV-69 (04/05)                                    Page 3 of 10

(2) Case number:

(3) Date filed (or if mailed, the date the Petition was turned over to the Prison authorities for mailed).

(4) Grounds raised (list each)

(a) _____  (3) copy!

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held? ☐ NO

C. (1) Name of Court: _____

(2) Case number: _____

(3) Date filed (or if mailed, the date the Petition was turned over to the Prison authorities for mailed: _____

(4) Grounds raised (list each)

a) _____

b) _____

PETITION FOR WRIT OF HABEAS BY A PERSON IN STATE CUSTODY (28 U.S.C. § 2254)

CV-69 (04/05)

Page 4 of 10

(c)
(d) _____
(e) _____
(f) _____   (3) COPV

(5) Date of decision: _____

(6) Result _____
_____

(7) Was an evidentiary hearing held? ☐ Yes ☐ NO

7. For this Petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the facts supporting each ground. For example, if you are claiming the ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

CAUTION: Exhaustion Requirement: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that prior to seeking relief from the federal court, you first must present all of your grounds to the ~~California Supreme Court~~.

a. Ground one: ~~Summary 7 of 10~~ _____

(1) SUPPORTING FACTS: _____
_____
_____

(2) Did you raise this claim on direct appeal to the ~~California Court of Appeal~~ ☐ Yes ☐ NO
(3) Did you raise this claim in a Petition for Review to the ~~California Supreme Court~~ ☐ Yes ☐ NO
(4) Did you raise this in a habeas Petition to the California ~~Supreme Court~~ ☐ Yes ☐ NO

b. Ground two: ~~Same as~~ _____

(1) SUPPORTING FACTS: _____
_____
_____

(2) Did you raise this claim on direct appeal to the ~~California Court of Appeal~~ ☐ Yes ☐ NO
(3) Did you raise this claim in a Petition for Review to the ~~California Supreme~~ ☐ Yes ☐ NO

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C.§2254)

(1) Did you raise this claim in a habeas petition to the California Supreme Court ☐ YES ☐ NO

c. Ground three: ~~50 Percent Anderson, Pen 2966, Subdivision (a)~~
~~re guidance ABA II. California Hotels Motel Assn. _____ _____~~

(1) SUPPORTING FACTS:
IS "~~For criminal claim that Clark may make his claim bad for this grounds to~~
get his sentence reduced to "50 Percent" _____ _____

_____ _____

(2) Did you raise this claim on direct appeal ~~to the California Court of Appeal?~~ ☐ YES ☐ NO
(3) Did you raise this claim in a Petition for Review ~~to the California Supreme Court~~ ☐ YES ☐ NO
(4) Did you raise this claim in a habeas Petition to the ~~California Supreme Court~~ ☐ YES ☐ NO

d. Ground four: Same as 3 of 10 _____ _____

_____ _____

(1) SUPPORTING FACTS: _____ _____

_____ _____

_____ _____

_____ _____

(2) Did you raise this claim on direct appeal to ~~the California Court of Appeal?~~ ☐ YES ☐ NO
(3) Did you raise this claim in a Petition for Review to the ~~California Supreme Court~~ ☐ YES ☐ NO
(4) Did you raise this claim in a habeas petition to ~~the California Supreme Court~~ ☐ YES ☐ NO

e. Ground five: ~~Same as 3 of 10~~ _____ _____

_____ _____

(1) SUPPORTING FACTS: _____ _____

_____ _____

_____ _____

_____ _____

(2) Did you raise this claim on direct appeal to ~~the California Court of Appeal?~~ ☐ YES ☐ NO
(3) Did you raise this claim in a Petition for Review to the ~~California Supreme Court~~ ☐ YES ☐ NO
(4) Did you raise this claim in a habeas petition to the ~~California Supreme Court~~ ☐ YES ☐ NO

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)

CV-69 (04/05)                                                    Page 6 of 10

(3) COPY!

9. Have you previously filed any habeas petitions in any federal court with respect to this Judgment of Conviction?
☐ Yes ☒ NO

If so, give the following information for each such petition (use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available):

a. (1) Name of Court: _____

(2) Case number: _____

(3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): _____

(4) Grounds raised (list each):

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held? ☐ Yes ☒ NO

b. (1) _____

(2) _____

(3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): _____

(4) Grounds raised (list each): _____

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

CV-69 (04/05)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)

Page 7 of 10

(7) Was an evidentiary hearing ☐ Yes ☒ No

10. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction ☐ Yes ☒ No

If so, give the following information (and attach a copy of the petition if available):

(1) Name of court: _____

(2) Case number: _____

(3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing: _____

(4) Grounds raised (list each): _____

    (a) _____

    (b) _____

    (c) _____

    (d) _____

    (e) _____

    (f) _____

11. Are you presently represented by counsel ☐ Yes ☒ No

If so, provide name, address and telephone number: _____

_____

WHEREFORE, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

_____      _____
Date                      Signature of Petitioner

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C. § 2254)

# S159451

SUPREME COURT
**FILED**

## IN THE SUPREME COURT OF THE
## STATE OF CALIFORNIA

DEC 2 8 2007

Frederick K. Ohlrich Clerk

| | |
|---|---|
| **THE PEOPLE** | ) D052018          Deputy |
| Plaintiff & Respondent | ) |
| v. | ) **Super.Ct.** |
| | ) **#SCN229073** |
| **GENARO SANGUINO** | ) |
| Defendant & Appellant | ) |

## PETITION FOR REVIEW

Mr. Genaro Sanguino
#F-82737
C.C.F. Shafter
1150 East Ash Street
Shafter, CA  92363

# CALIFORNIA APPELLATE COURTS

Case Information

| Welcome | **4th Appellate District Division 1** (Cases begin at D035601) | Change court |
| Search | |
| E-mail | Court data last updated: 12/28/2007 11:05 AM |
| Calendar | Case Summary   Docket   Scheduled Actions   Briefs |
| | Disposition   Parties and Attorneys   Trial Court |
| Help |
| Options | **Docket (Register of Actions)** |



**The People v. Sanguino**
**Case Number D052018**

| Date | Description | Notes |
|------|-------------|-------|
| 11/20/2007 | Motion filed. | For Late Notice of Appeal |
| 11/27/2007 | Dismissal order filed. | On its own motion, the court takes judicial notice of San Diego Superior Court file SCN229073. Defendant's "Motion for Requesting a Late Notice of Appeal" received on November 20, 2007, is DENIED. The appeal is DISMISSED. McConnell, PJ |

**Click here to request automatic e-mail notifications about this case.**

1 COPY

©2007 Judicial Council of California



THE STATE BAR
OF CALIFORNIA

OFFICE OF THE CHIEF TRIAL COUNSEL

1149 SOUTH HILL STREET, LOS ANGELES, CALIFORNIA 90015-2299

TELEPHONE (213) 765 1000
TDD: (213) 765 1566
FAX: (213) 765 1168
HTTP://WWW.CALSB.ORG

October 30, 2007

Mr Sanguino Genaro
#F82737  C.C.F. Shafter
1150 East Ash St
Shafter, CA  92363

**RE:    YOUR COMPLAINT AGAINST A CALIFORNIA ATTORNEY**

Reference Number:  **P09**

Dear Mr Genaro:

This will acknowledge receipt of your correspondence dated Oct 25, 2007, wherein you complained about an attorney.

However, in your correspondence you neglected to identify the attorney.  Please furnish this office, in writing, with the name, address and telephone number of this attorney.

Please note the reference number above and refer to this number on your reply.

Your complaint will be processed immediately upon receipt of this information.

Sincerely,

Coordinator of Records

Coord



# Superior Court of California
## County of San Diego

NORTH COUNTY DIVISION
325 S. MELROSE
VISTA, CA 92081

CRIMINAL RECORDS
Phone: (760) 726-9595

October 25, 2007

Genaro Sanguino, F82737-3141
CCF Shafter
1150 East Ash Street
Shafter, CA 92363

Re: Sentence Modification

Dear Mr. Sanguino,

The court is in receipt of your letter requesting a reduction of your sentence. Your case was submitted to Judge Goldstein for review. Based on his findings, your request has been denied. Please see the enclosed Ex-Parte document for a review of Judge Goldstein's decision.

Sincerely,

S. Dunn
Court Operations Clerk

COURT OF APPEAL - STATE OF CALIFORNIA

FOURTH APPELLATE DISTRICT

DIVISION ONE


THE PEOPLE,
Plaintiff and Respondent,

v.

GENARO SANGUINO,
Defendant and Appellant.
D052018
San Diego County No. SCN229073

NOV 2 7 2007


THE COURT:

On its own motion, the court takes judicial notice of San Diego Superior Court file SCN229073. Defendant's "Motion for Requesting a Late Notice of Appeal" received on November 20, 2007, is DENIED. The appeal is DISMISSED.

_McConnell_
Presiding Justice


cc: All Parties

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: _____ Institution/Parole Region _CCF. Shafter_

1. _____    1. _____    Category _____

2. _____    2. _____

Log No.

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME _Sanguino_    NUMBER _F.82737_    ASSIGNMENT _Dom. Porter_    UNIT/ROOM NUMBER _3/41_

A. Describe Problem: I was tolded by my attorney, once I arrived here that if I stay discipline-free for four & six mos, I could apply for 50 percent of my sentence in which I recieved a L.S.S as they deducted 2900-5 thru 4019 Credits, I believe that wasn't the agreement.

If you need more space, attach one additional sheet.

B. Action Requested: I am asking the "record analysis" that's in my minus transcripts, stating, I would do 50 percent, I enclose the L.S.S. how they changed, it only to credit reduction.

Inmate/Parolee Signature: _Sanguino Genaro_    Date Submitted: _10/29/07_

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

INMATE COPY

LEGAL STATUS SUMMARY  TYPE·   D    CCF                    09/20/2007 21:25

| CDC NUMBER | NAME | ETHNIC | BIRTHDATE |
|---|---|---|---|
| F82737 | SANCHINO,GENARO,XIMELLO | HIS | 09/16/1981 |

| TERM STARTS | MAX REL DATE | MIN REL DATE | MAX ADJ REL DT | MIN ADJ REL DT |
|---|---|---|---|---|
| 07/26/2007 | 08/11/2008 | 05/27/2008 | 08/11/2008 | 05/27/2008 |

|  | PAROLE PERIOD |
|---|---|
| CASE TERM  1/04 + ENHCMNTS  0/00 = TOT TERM  1/04 | 3 YRS |

PRE-PRISON + POST SENTENCE CREDITS
CASE     P2900-5 P1203-3 P2900-1 CRC-CRED MH-CRED P4019   P2931 POST-SENT   TOT

| SCN229073 | 66 |  | 32 |  | 6 | 104 |
|---|---|---|---|---|---|---|

PC296 DNA COMPLETED

| RECV DT/ COUNTY/ CNT | CASE OFF-CODE | SENTENCE DATE DESCRIPTION | CREDIT CODE | OFFENSE DATE |
|---|---|---|---|---|

CONTROLLING PRINCIPAL & CONSECUTIVE   (INCLUDES ENHANCEMENTS/OFFENSES):

--CONTROLLING CASE -
  7/26/2007   SD    SCN229073     7/19/2007   NO STRIKES: 2
   02 P496(A)    RSP                                          3   05/15/2007
             ATT

| TRAN TYPE | DATE | END DATE | LOG NUMBER | RULE NUMBER | D A Y S ASSESS LOST REST DEAD |
|---|---|---|---|---|---|

BEG 07/26/2007          ******BEG BAL*******
ADD 07/26/2007          SCN229073
   CURRENT PC BALANCE:      0           CURRENT SC BALANCE:      76

1. IN The Supreme Court of the
2. State California "LOS. Angeles".
3.         (1.)
4. F82237
5. LENARD SANQuino          NO. SCN-229073
6.   Petitioner.
7. VS The --- [Municipal/Superior]
8. Court of the State of Calif,
9. County of # San Diego,
10. et al.        Campbell      Motion of:
11. People of    Respondent     PETITION for
12. the State of Calif,          Review.
13. "Hidalgo"
14.   Real Party in Interest
15. _____

16.
17. [1] "Pet" Line 1 (5.) ask the courts to
18. "hear petitioner writ" "enclosed copies to the
19. Case Submitted."
20.
21.
22.
23.
24.
25.
26.
27.
28.

(2)

2.
3.
4.
5.
6.  2d . Crim _____
7.  (Superior Court
8.  No. Ct. No. SCN.229073 _____
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28

CERTIFICATE OF SERVICE

COPY!

Cases Name: _SAN QUINO_____ V

Case No.: _SCN. 229073_____

IMPORTANT: You must send a copy of all documents filed with the court and any attachments to counsel for all parties in this case. You must also file a Certificate of Service with this court telling us that you have done so. You may use this Certificate of Service as a master copy, fill in the title of the document you are filing and attach it at the back of each filing with the court. Please list below the names and addresses of the parties who were sent a copy of your document and the dates on which they were served. Be sure to sign the statement below. You must attach a copy of the certificate of service to each of the copies and the copy you file with the court.

Motion for: "PETITION REVIEW"
"Points and authorities"

I certify that a copy of the _____
                              (Name of document you are filing,
                               i.e., opening brief, motion, etc.)

and any attachments was served either in person or by mail on the person listed below.

Sanguino Genaro X.
Signature
Notary NOT required

| Name | Address | Date Sent |
|------|---------|-----------|
| California Supreme Court | 300 S. Spring Strt. Los Angeles, CA. 90013 | 12/13/07 |

(3)

2.

3.  GENARO SANQUINO

4.  _ _ [Name] _ _, defendant and Petitioner, hereby petitions

5.  this Court for review of the [Published / Partially

6.  Published / Unpublished] _ _ _ _ _ [Opinion / Order] _ _ of

7.  the Court of Appeal, Fourth District Appellate District,

8.  Division two _ _ _ _ _, filed on oct_ [date] 25, affirming _✓

9.  [Specify] Order or Judgment] _✓_. A copy of the _ _✓_ [

10. Opinion / Order] _✓_ of the Court of Appeal is attached

11. hereto as Exhibit A _✓_ [and a copy of appeal the order

12. of Partial Publication is attached hereto as

13. Exhibit B] _✓_ _ _ [A petition for rehearing was

14. denied on _27_ [date] November 2007 .]

15.

16.

17.

18.

19.

20.                Signature: Sanquino Genaro X.            .

21.

22.

23.                Print: Sanquino Genaro X.

24.

25. Date: 12/13/07

26.

27.

28.

Certificate of Service

COPY!

Case Name: SanGuino v.

Case No.: SCN. 229073

IMPORTANT: You must send a COPY of ALL documents filed with the court and any attachments to counsel for ALL Parties in this case. You must also file a Certificate of Service with this court telling us that you have done so. You may use this certificate of Service as a master copy fill in the exact name below the title of the document you are filing and attach it at the back of each filing with the court. Please list below the names and addresses of the Parties who were sent a copy of your document and the dates on which they were Served. Be sure to Sign the Statement below. You must attach a copy of the Certificate of Service to each of the copies and the copy you file with the court.

I certify that a copy of the _____

MOTION for: Support of
Late Notice of Appeal

(Name of document you are filing,
i.e., opening brief, Motion, etc)

and any attachments was Served, either in Person or by mail, on the Person listed below.

Sanguino Genaro X.
Signature

Notary Not required

| Name | Address | Dat Served |
|------|---------|------------|
| Superior Court of Calif. North CO Division | 325 So. Melrose Dr Vista, CA. 92081 | 10/30/07 |

1.
2. California for the County of San Diego.
3. F.82737 San Guino                    Copy!
4.          v.   Plaintiff,
5. The People of the State                    Case No.   SCN 229073
6. of Calif.   Defendant.
7. "Hidalgo"                                  Motion For: Support of Late
8. _____                           Notice of Appeal.
9.                        (1.)
10.      Federal Procedure, Lawyer Edition
11.      Database update June 2006
12.      Chapter 45. Immigration, Naturalization, and Nationality
13.      XV. Inspection, Apprehension and Detention, Adjudication,
14.      and Removal of Inadmissible and Deportable Aliens
15.      B. Procedure for Removal of Aliens
16.      3. Apprehension and Detention of Aliens
17.      Copr. (C) West 2006 No. Claim to Orig. U.S. Govt.
18.           works
19.
20.
21.      Certificate of Relief from Disabilities issued by New
22.      York Court in which alien was convicted of "a aggravated
23.      felony" did not immunize him from deportation con-
24.      sequences of his conviction; although Certificate was
25.      designed to mitigate consequences of conviction, it
26.      did not eradicate or expunge the underlying conviction.
27.      Mugalli v. Ashcroft, 258 f.3d 52 (2d cir. 2001).
28.

1.
2. " Petitioner "
3.

4.     (2)
5. Prevent alien from being deported on that basis; even
6. expunged conviction qualified as "conviction" under the
7. Immigration and Nationality Act (INA), where conviction
8. was not within scope of Federal First Offender Act and
9. continued to qualify as "conviction" for some purposes
10. under California law. Ramirez-Castro v. I.N.S., 287
11. F.3d 1172 (9th Cir. 2002).

12.

13. Order of removal. [FN36]
14. In addition to satisfying these three statutory eligibility
15. requirements, an applicant for relief under 8 U.S.C.A. §
16. 1229 b (a) must establish that he or she warrants such re-
17. lief as a matter of discretion. [FN37] The general standards
18. developed in matter of Marin, I & N Interim Dec No. 2666,
19. 1978 WL 36472 (BIA 1978), for the exercise of discretion
20. under 8 U.S.C.A. § 1182 (C), which was the predecessor
21. provision to 8 U.S.C.A §.

22.

23. Improper retroactive application of the 1996 Immigration and
24. Nationality Act (INA) amendments to aliens case, which
25. resulted in treatment of 1990 burglary of a vehicle con-
26. viction as an aggravated felon, violated aliens due process
27. rights, and therefore rendered his removal proceedings final/
28. Amentally unfair, as would permit alien to collaterally attack

1.
2.
3.

4.   (3).  "Petitioner"
5.   underlying deportation order upon being charged
6.   with illegal re-entry into the United States; if amendments
7.   had not been retroactively applied at time of
8.   aliens removal proceedings, he could have applied
9.   for discretionary relief from deportation order. U.S. v.
10.  Ochoa-Escobar, 218 F. Supp. 2d 839 (W.D. Tex. 2002).

11.
12.  APPEALS – 15: 16.33
13.  An appeal will not lie from a denial of an application
14.  for voluntary departure, but a denial is without prejudice
15.  to the aliens right to apply to the immigration judge
16.  for voluntary departure in accordance with 8 C.F.R. §
17.  240.26 or for relief from removal under any provision
18.  of law. [FN 44]

19.
20.  "Petitioner"
21.        Maximum possible penalty for aliens undesignated
22.  offense of theft, which resulted in sentence of probation
23.  and which was designated a misdemeanor following
24.  her completion of probation, was six months, which was
25.  maximum possible punishment for misdemeanor under
26.  Arizona law, not 18 months, which would have been
27.  maximum sentence if offense had been designated a
28.

(A)

felony, and alien thus was eligible for petty
offense exception to statutory requirement that alien
convicted of crime involving moral turpitude could
not be eligible for voluntary departure. Cabrera v. I.N.S.,
C.A. 9 1999) 170 F. 3d 1213, As amended.

mandatory detention of alien pending removal pro!
ceeding unconstitutionally abridged aliens fundamental
right to liberty under due process clause; white
alien did not have an absolute right to remain at
liberty while immigration and Naturalization Service
(INS) undertook removal proceedings against him, due
process required an individualized hearing on the
necessity of his detention. Bouayad v. Holmes, 74.
Supp. 2d 471 E.D. Pa. 1999).

Past deportation detention scheme of Illegal Immigration
Reform and Immigration Responsibility Act (IIRIRA) did not
apply retroactively to alien whose order of deportation
become final before IIRIRA went into effect; thus, alien
could not be held for more than the allowable pre-
IIRIRA six-month period. Sivongxay v. Reno 56 F.
Supp. 2d 1167 (W.D. Wash. 1999).

1.
2.
3.    (5.)
4.    "Petitioner"
5.    § 45: 1649.  Aliens imprisoned, arrested, or on parole
6.    supervised release, or probation -- exception for removal of
7.    nonviolent offenders prior to completion of prison
8.                    sentence.
9.
10.   The Attorney General is authorized to remove an alien in
11.   accordance with applicable procedures under the INA before the
12.   alien has completed a sentence of imprisonment:
13.   (1) in the case of an alien in the custody of the Attorney
14.   General, if the Attorney General determines that: (a) the
15.   alien is confined pursuant to final conviction for a
16.   Non violent offense (other than an offense related to smuggling
17.   or harboring of aliens or an aggravated felony offense
18.   described in 8 U.S.C.A § 1101 (a) (43) (B), (C), (E), (I), or (L):
19.   and (b) the removal of the alien is appropriate and in
20.   the best interest of the United States; or  [FN24] 8.U.S.C.A. §
21.   1231 (a)(4)(B).
22.            Aliens conviction for violating a statue that
23.   punished activities relating to "racketeering proceeds" did not
24.   render him removable for being convicted of violating a law
25.   "relating to a controlled substance". Lara-chacon v. Ashcroft, 345
26.   F.3d 1148 (9th cir. 2003), as amended, (Nov. 6, 2003).
27.                    Signature: sanguino Genaro x.
28.   Dated: 10/30/07
                         Print: sanguino Genaro x.

Superior Court of the State of
California for the County of San Diego.

(1.)

Geham Vimello SanGuino
F.82727 CAR, Plaintiff.

The People of the State
of California,
"Hidalgo"          Defendant

Case Number
SCN 229073

MOTION for: Requesting
"a Case - Notice of Appeal."

Redressing "motion, requesting 50 percent sentence."
under Notice of Request to Recall Sentence
(Pen C. § 1170 (d)) Through mis-representation of
Counsel, didn't advise plaintiff, who does'nt "english"
understand the furnished language as to the
"Lie" either, or. As [Y]ou made "Plaintiff"
believe he would do 50 % of sentence.

Cite: Pursuant to PC Section 2933 (CCR 3043.1)
as of "PC / Credits"

"Petitioner" Cited: Holder V Superior court of
San Diego (1970) 1 C3d. 779, 83 cal Rptr. 353, 463
P2d 707.

        Alanis V. Superior court of Los.Angeles
(1970) 1 C3d 784, 83 cal Rptr 355, 463 P2d 707

1.
2.
3. "Petitioner" Cited: In re May (1976)
4. 62 CA3d 165. 133 CR 33 (offense declared Misdem)
5. error by Legislature;
6.                    "Note"
7. than the original. People v. Brown (1987) 193 CA3d
8. 957. 961. 238 CR 697; People v. Grimble (1981)
9. 116 CA3d 678. 685, 172 CR 362
10.
11. See In re Sandel (1966) 64 C 2d 412, 418.
12. 50 CR 462 (Prosecution). See People v. Superior
13. (Oliver) (1933) 135 CA 562. 27 P2d 670.
14.
15. A minute entry corrected; Bogart v. Superior
16. Court (1964) 230 CA 2d 874, 41 CR 480);
17.
18. "Petitioner" Cited: 39.34 E. Vacating or
19. Correcting void sentence; People v. Chagolla
20. (1983) 144 CA 3d. 422, A34, 193 CR 711
21.
22. "Petitioner" Gerhard Ximello Sahlund issue is
23. arguing about the "2 Strikes" See also
24. People v. Ross (1994) 28 CA 4th 1151. 33
25. CR 2d.
26.
27.
28.

(3.)

" Petitioner" Cited:

The record reflect a commitment
(1976) 59 CA 3d 831, 131 CR 104.

Huerta Guevara v. Ashcroft, 321 F. 3d 883, 888 (9th
Cir. 2003). United State's v. Corona-Sanchez, 291 F. 3d
1201, 1212 (9th Cir. 2002) (en banc).

Noticeable tension in our recent case law. Chang v.
INS, 307 F. 3d 1185, 1191 (9th Cir. 2002).

(4.)

Dix v. Superior Court (1991) 53 C3d 442, 279 Cal Rptr 834, 807 P2d 1063.

The Ruling on the Motion was in Excess of the Respondent Court's "Jurisdiction". Extraordinary Relief.

"Petitioner" cited: E.g., Lister v. Superior Court (* 1979) 98 Cal. App. 3d CA. 71-72; People v. Municipal Court (Gerardi) (1978) 84 Cal. App. 3d 692, 698; People v. Superior Court (Combo) (1977) 69 Cal. App. 3d 57, 61. [ overruled on other grounds at 21 Cal. 3d 587])

People v. Warner (1978) 20 Cal. 3d. 678, 683.) State Farm Inc. v. Superior Court (1956) 47 Cal. 2d 428, 432.) As Pursuant to.

"Daily Journal Daily Appellate Report / 10.376 9th U.S. Circuit Court of Appeals" NO. C 040237 (Super. Ct. ND. 00GSD1398) California Court of Appeal Third Appellate District (Sacramento) filed 9, 11. 2003.

Signature: Sanguino Genaro X.

Dated: 10/8/07   Print: Sanguino Genaro X.

## PROOF OF SERVICE BY MAIL

### BY PRISONER "IN PROPER"

### COPY!

I hereby certify that I am over the age of 18 years of age, that I am representing myself, and that I am a prison inmate.

My prison address is: California State Prison –
Housing: 3/41

Shafter          California , 92363

On the "date" specified below I served the following document (s) on the parties listed below by delivering them in an envelope to prison authorities for deposit in the United States mail pursuant to the "Prison Mailbox Rule";

Case Name: SanGuino                    Case #: SCN 229073

Document(s) Served: Motion for: "Requesting 50 Percent Sentence"

The envelope(s), with postage fully pre-paid or with a Prison Trust Account withdrawal form attached pursuant to prison regulations, was/were addressed as follows?

Honorable, Judge residing
Superior Court of California
North County Division
325 So. Melrose drive
Vista, CA, 92081

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on  9/14/07           , Shafter California.
          "date"

Signature: S2...

Printed Name:

Sanchez

1.

2.  Gerhard Ximello Sanguino                    COPY!

3.  F82737 COC                          CASE Number
                                         SCN 229073
4.

5.          v.  Plaintiff,           Motion for: "Requesting

6.  The People of the State           50 Percent Sentence

7.  of California,

8.  "Hidalgo"   Defendant.

9.

10.  [1] inmate is addressing the Court, I have been

11.

12.  disciplinary free. Requesting 50 Percent Sentence.

13.

14.  Your honorable, Judge, it was agreed by the

15.  "People" through P.D. J Campbell in behalf of

16.

17.  "Plaintiff" above. "The reflecting Court record"

18.

19.

20.  § 1170.125. References to existing Statue's include amend-
21.  ments thereto

22.  Notwithstanding Section 2 of Proposition 184, as adopted

23.  at the November 8, 1994 General Election, for all offenses

24.  Committed on or after the effective date of this act, all

25.  reference's to existing Statue's in Section 1170.12 are to

26.

27.  those Statues as they existed on the effective date of

28.  this act, including amendments made to those Statues

California for the County of San Diego.

(1.)

3.
4.
5.  Graham Ximello SanGuino    Case Number
6.  F-82737 CAC, Plaintiff,    SCN 229073
7.  The People of the State
8.  of California,    Motion for: Requesting
9.  "Hidalgo"    "a Late-Notice of Appeal."
    Defendant
10.
11.  Redressing "motion, requesting 50 Percent Sentence".
12.  under Notice of Request to Recall Sentence
13.  (Pen C. § 1170 (d)) Through Mis-representation of
14.  Counsel, didn't advise Plaintiff, who does'nt "English"
15.  understand the furnished language as to the
16.  "Lie" either, or. As [Y]ou made "Plaintiff"
17.  believe he would do 50% of sentence.
18.
19.  Cite: Pursuant to PC Section 2933 (CCR 3043.1)
20.  as of "PC/Credits"
21.
22.  "Petitioner" Cited: Holder V. Superior Court of
23.  San Diego (1970) 1 C3d. 779, 83 Cal Rptr. 353, 463
24.  P2d 707.
25.      Alanis V. Superior Court of Los Angeles
26.  (1970) 1 C3d 784, 83 Cal Rptr 355, 463 P2d 707
27.
28.

by this act. (Added by Initiative Measure (Prop. 21, § 16, approved March 7, 2000).)

Note: Authority Cited: Sections 5058, and 2930-2935, et Seq., Penal Code. Reference: Sections 667, 667.5, 1168, 1170, 1170.12, 1203, 2900.1, 2900.5 and 5054, Penal Code; and Section 1782, Welfare and Institutions Code; and People v. Caceres (1997) 52 Cal. App 4th 106, 60 Cal. Rptr. 2d 415, People v. Buchalter (2001) 26 Cal 4th 994 A, 108 Cal. Rptr. 2d 625, and People v. Superior Court (Romero) (1996) 13 Cal 497, 53 Cal. Rptr. 2d 789. II. The Section 1192.5 Standard" 2 (People v. Hofford, Supra, 10 Cal. 4th at P. 1182, fn. 11.) (ABA Project on Min. Stds for Crim Justice, Standard relating to Pleas of Guilty (Approval Draft 1968) Com. on § 16. P.33.)

[I] enclose copy of Abstract of Judgment SCN 229073 Crim mins. Judgment SCN 229073

Signature: Sanguine Genaro

Dated: 9/14/07          Print: Sanguine Genaro

" Name    SANGUINO. GENARD. XIMELLO    3/41

Address    C.C.F. Shafer 1150 East Ash Strt

Shafter, CA 92363.

CDC or ID Number    E. 82737

Superior Court of Calif,

North County Division 325 SO. Melrose Dr

Vista , CA, 92081
                                        (Court)

PETITION FOR WRIT OF HABEAS CORPUS

SANGUINO, GENARO. Ximello

Petitioner

The People of the vs. State of Calif,

NO.
                    (To be supplied by the Clerk of the Court)

Respondent "Hidalgo"

## INSTRUCTIONS — READ CAREFULLY

€ If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

€ If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

€ Read the entire form before answering any questions.

€ This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

€ Answer all applicable questions in the proper space. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

€ If you are filing this petition in the Superior court, you need file only the original unless local rules require additional copies. Many courts require more copies.

€ If you are filing this petition in the Court of Appeal, file the original and four copies.

€ If you are filing this petition in the California Supreme court, file the original and thirteen copies.

€ Notify the clerk of the court in writing if you change your address after filing your petition.

€ In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code Section 1475 and Government Code Section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rules 56.5 and 201(h)(1) of the California Rules of Court [as amended effective January 1, 1999]. Subsequent amendments to Rule 44(b) may change the number of copies to be furnished the Supreme Court and Court of Appeal.

Page one of six

Form Approved by the
Judicial Council of California
1044 [Rev. January 1, 1999]    PETITION FOR WRIT OF HABEAS CORPUS    THOMSON
WEST    Penal Code, § 1473 et seq.;
Cal. Rules of Court, rules 56.5, 201(h)

MC-275

This petition concern :

☒ A conviction              ☐ Parole

☐ A sentence                ☐ Credits

☐ Jail or Prison conditions ☐ Prison discipline

☐ Other (specify): _____

1. Your name : SANGUINO, GENARD, XIMELLO

2. Where are you incarcerated? CCF. Shafter

3. Why are you in custody? ☒ Criminal Conviction ☐ Civil Commitment

Answer Subdivisions a. through i. to the best of Your ability.

a. State reason for Civil Commitment of, if Criminal conviction, State nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

recieving Stolen property

b. Penal or other code sections: P. 496 (A)

c. Name and location of Sentencing or committed court: Superior Court of Calif, North County

division 325 SD. Melrose Dr, Vista, CA, 92081

d. Case number: SCN 229073

e. Date convicted or committed _____

f. Date sentenced: _____

g. Length of sentence : 16 mos with 80%

h. When do you expect to be released? MAY, 28, 2007

i. Were you represented by counsel in the trial court? ☒ Yes. ☐ No. If yes, state the attorney's name and address:

R.A- Campbell

4. What was the LAST plea you entered? (check one )

☐ Not guilty ☒ Guilty ☐ NoloContendere ☐ other : _____

5. If you pleaded not guilty, what kind of trial did you have ?

☐ Jury ☒ Judge without a Jury ☐ Submitted on transcript ☐ Awaited trial

MC-275 [Rev. January 1, 2007]    PETITION FOR WRIT OF HABEAS CORPUS    Page 2 of 6

MC-275

6. GROUNDS FOR RELIEF
Ground 1: State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." (If you have additional grounds for relief, use a separate page for each ground. State Ground 2 on the four. For additional grounds make copies of page four and number the additional grounds in order.)

L.S.S. & Mins transcripts

a. Supporting facts:
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. If necessary, attach additional pages. CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See In re Swain (1949) 34 Cal. 2d 300, 304.) A rule of thumb to follow is who did exactly what to violate your rights at what time (when) or place (where). (If available, attach declarations, relevant transcripts, or other documents supporting your claim.)

50 percent Diversion progress Subdivision (h) requires AB ARB & CDFA: (California hotel & Motel Assn., Supra, 25 Cal. 3d at P. 212.)

b. Supporting cases, rules, or other authority (optional):
(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)

Same as "a."

MC-275

7. Ground 2 or Ground _____ (if applicable):  Same as in Pg. - 3 of 6 (2)

a. Supporting facts:  Is "Background Nines" stating maries him believe he was going to get his sentence reduced to "50 Percent."

b. Supporting cases, rules, or other authority:  Same as in Pg. - 3 of 6 (2)

8. Did you appeal from the conviction, sentence, or commitment? ☑ Yes. ☐ No. If yes, give the following information:

a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"): Superior Court of Calif, North County Division

b. Result: No. Answer · 10·8·07        c. Date of decision: _____

d. Case number or citation of opinion, if known: _____

e. Issues raised: (1) _____

(e) _____

(3) _____

f. Were you represented by counsel on appeal? ☐ Yes. ☑ No. If yes, state the attorney's name and address, if known: _____

9. Did you seek review in the California Supreme Court? ☐ Yes ☐ No. If yes, give the following information:

a. Result _____        b. Date of decision: _____

c. Case number or citation of opinion, if known: _____

d. Issues raised: (1) _____

(2) _____

(3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal: _____

11. Administrative Review:

a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious (see In re Musalski (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why your did not seek such review: _____

b. Did you seek the highest level of administrative review available? ☐ Yes. ☐ No. Attach documents that show you have exhausted your administrative remedies.

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☐ Yes. If yes, continue with number 13. ☒ No. If no, skip to number 15.

13. a. (1) Name of court: _____

    (2) Nature of proceeding (for example, "habeas corpus petition"): _____

    (3) Issues raised: (a) _____

        (b) _____

    (4) Result (Attach order or explain why unavailable): _____

    (5) Date of decision: _____

  b. (1) Name of court: _____

    (2) Nature of proceeding: _____

    (3) Issues raised: (a) _____

        (b) _____

    (4) Result (Attach order or explain why unavailable): _____

    (5) Date of decision: _____

  c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result
_____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.)
_____
_____

16. Are you presently represented by counsel? ☐ Yes. ☐ No. If yes, state the attorney's name and address if known:
_____

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☐ No. If yes, explain:
_____
_____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
_____
_____

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 10/30/07                    ▶ Sanguino Gennaro X.    and
                                      (SIGNATURE OF PETITIONER)

MC-275 [Rev. January 1, 1999]        PETITION FOR WRIT OF HABEAS CORPUS        Page 8 of 8

Certificate of Service
Copy!

Case Name: San Guino _____ V.
Case No.: SCN - 229073 _____

IMPORTANT: You must send a copy of All documents filed with the court and any attachments to counsel for ALL Parties in this case. You must also file a Certificate of Service with this court telling us that you have done so. You may use this Certificate of Service as a master copy. fill in the title of the document you are filing and attach it at the back of each filing with the court. Please list below the names and addresses of the Parties who were sent a copy of your document and the dates on which they were served. Be Sure to Sign the Statement below. You must attach a copy of the certificate of Service to each of the copies and the one you file with the Court.

"Petition for Writ of Habeas Corpus"
"Enclosed" "Motion for: Support of Late Notice of Appeal"
"Legal Status Summary" "Letter: Re: Sentence Modification" "Motion: Requesting 50 Percent Sentence"
"Motion for: Requesting a late Notice of Appeal."

I Certify that a Copy of the _____
(Name of document you are filing,
i.e., Opening brief, Motion, etc)

and any attachments was served, either in Person or by mail, on the Person listed below.

Signature: Sanguino Genaro x.

Notary Not required

| Name | Address | Date Served |
|------|---------|-------------|
| The State Bar of Calif | 1149 South Hill Str Los Angeles, Calif. 90015-2299 | 11/06/2007 |



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8 Los
Angeles, CA 90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

Tuesday, February 12, 2008

**GENARO SANGUINO**
**F82737**
**1150 E. ASH STREET**
**SHAFTER, CA 92363**

Dear Sir/Madam:

A ☒ Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number
CV08- 944 JVS (FMO)

A ☐ Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case
number                          and also assigned the civil case number

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:
☐ District Court Judge _____

☒ Magistrate Judge _____**Fernando M. Olguin**_____

at the following address:
☒ U.S. District Court          ☐ Ronald Reagan Federal          ☐ U.S. District Court
   312 N. Spring Street            Building and U.S. Courthouse      3470 Twelfth Street
   Civil Section, Room G-8         411 West Fourth St., Suite 1053   Room 134
   Los Angeles, CA  90012          Santa Ana, CA  92701-4516         Riverside, CA 92501
                                   (714) 338-4750

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your
address of record is returned undelivered by the Post Office, and if the Court and opposing counsel
are not notified in writing within fifteen (15) days thereafter of your current address, the Court may
dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By: ___HRASHAD_____

Deputy Clerk

CV-17 (01/01)          **LETTER re FILING H/C PETITION or 28/2255 MOTION**

FILED

2008 FEB 12  AM 9: 4

CLERK U.S. COURT
LOS ANGELES
CENTRAL DIST. CALIF.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| **GENARO SANGUINO** | | CASE NUMBER |
| | PLAINTIFF(S) | **CV08- 944 JVS (FMO)** |
| V. | | |
| **HIDALGO** | | **NOTICE OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE** (Petition for Writ of Habeas Corpus) |
| | DEFENDANT(S) | |

    Pursuant to General Order 07-02, the within action has been assigned to the calendar of the Honorable James V. Selna, U.S. District Judge.  Pursuant to General Order 05-07, the within action is referred to U.S. Magistrate Judge Fernando M. Olguin, who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary.  Thereafter, unless the Magistrate Judge determines that an evidentiary hearing is required, the Magistrate Judge shall prepare a report and recommendation and file it with the Clerk of the Court which may include proposed findings of fact and conclusions of law where necessary or appropriate, and may include a proposed written order or judgment, which shall be mailed to the parties for objections.

Pleadings and all other matters to be called to the Magistrate Judge's attention shall be formally submitted through the Clerk of the Court.

The Court must be notified within fifteen (15) days of any address change.  If mail directed by the clerk to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the petition with or without prejudice for want of prosecution.

Clerk, U.S. District Court

| February 12, 2008 | By | HRASHAD |
|---|---|---|
| Date | | Deputy Clerk |

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Genaro Sanguino

DEFENDANTS

Hidalgo

2254    1983

FILING FEE PAID
Yes _____ No _____

IFP MOTION FILED
Yes _____ No _____

COPIES SENT TO
Court _____ Pros. _____

FILED
FEB 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED** Kern
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Genaro Sanguino
1150 East Ash Street
Shafter, CA 92363
F-82737

ATTORNEYS (IF KNOWN)

'08 CV 0376 W CAB

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)    FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 28 U.S.C. 2254

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ Security Act | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☐ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☒ 5 Transferred from another district (specify) CENTRAL, CA  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23    DEMAND $    Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**    JUDGE    Docket Number

DATE    2/27/2008

SIGNATURE OF ATTORNEY OF RECORD

R Miller